**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brad M. Concordia                  CHAPTER 13

                      Debtor(s)                  BKY. NO. 19-17628 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                      Respectfully submitted,
                                                      **/s/ Rebecca A. Solarz Esquire**
                                                      Rebecca A Solarz, Esquire
                                                      Kevin G. McDonald, Esquire
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 627-1322