IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BRAD M. CONCORDIA,                    : Chapter 13
          debtor                                       : Case No.  19-17628

**O R D E R**

Upon consideration of the attached Application for Extension of Time to File Required Schedules, it is hereby

**ORDERED** that debtor is granted an extension to **January 6, 2020,** in which to file the required schedules, statements, summaries and disclosure statements.

Date:  12/23/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**