United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17628-elf
Brad M. Concordia                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 1              Date Rcvd: Dec 23, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Brad M. Concordia,    300 Mail Route Road,    Sinking Spring, PA 19608-9021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brad M. Concordia jad@cdllawoffice.com,
       dmk@cdllawoffice.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BRAD M. CONCORDIA,               : Chapter 13
          debtor                              : Case No.  19-17628

## APPLICATION FOR EXTENSION OF TIME TO FILE REQUIRED SCHEDULES

      This application of Brad M. Concordia, debtor, by and through his attorneys, Case & DiGiamberardino, P.C. and John A. DiGiamberardino, Esquire, represents as follows:

      1.    Debtor filed a voluntary petition and relief was granted under Chapter 13 of the Bankruptcy Code on December 5, 2019.

      2.    Debtor filed an emergency petition in order to stay a Sheriff's Sale on Debtor's residence scheduled for December 6, 2019.

      3.    As the Debtor's financial situation is complicated by several business debts, counsel requires additional time to sort through the Debtor's information and prepare accurate and complete Schedules.

      WHEREFORE, Debtor respectfully requests a fifteen day extension of time in order to complete and file the required schedules.

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Road, Ste. 101
        Wyomissing, PA  19610
        (610) 372-9900
        (610) 372-5469 -fax
        Attorney for Debtor