United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-17628-elf
Brad M. Concordia                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Virginia         Page 1 of 1          Date Rcvd: Dec 24, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2019.
db              +Brad M. Concordia,    300 Mail Route Road,    Sinking Spring, PA 19608-9021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2019 at the address(es) listed below:
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brad M. Concordia jad@cdllawoffice.com, dmk@cdllawoffice.com
        REBECCA ANN SOLARZ    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BRAD M. CONCORDIA,  : Chapter 13
        debtor  : Case No.  19-17628

**O R D E R**

Upon consideration of the attached Application for Extension of Time to File Required Schedules, it is hereby

**ORDERED** that debtor is granted an extension to **January 6, 2020,** in which to file the required schedules, statements, summaries and disclosure statements.

Date:  12/23/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**