Amato Keating and Lessa, P.C.
107 N. Commerce Way
Bethlehem, PA 18017


Arcadia Recovery Bureau
P.O. Box 6768
Wyomissing, PA 19610


BB&T
200 West 2nd St.
Winston Salem, NC 27101


Berks County Tax Claim Bureau
2nd Floor County Services Center
633 Court Street
Reading, PA 19601-4300


Berks Earned Income Tax Bureau
1125 Berkshire Blvd., Ste. 115
Wyomissing, PA 19610


Berks Transfer Inc.
59 Willow Creek Rd.
Reading, PA 19605


Central Credit Services LLC
20 Corporate Hills Drive
Saint Charles, MO 63301


Citizens Bank
1 Citizens Drive
Riverside, RI 02915


Com. of PA. Dept. of Labor and Ind
c/o John O'Boyle, Esq.
Scranton St. Office Bldg., 3rd fl.
100 Lackawanna Ave.
Scranton, PA 18503

Convergent Outsourcing, Inc.
800 SW 39th St.
P.O. Box 9004
Renton, WA 98057


Court of Common Pleas - Berks County
Berks County Courthouse
633 Court Street
Reading, PA 19601


David W. Crossett, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Ste. 3
Blandon, PA 19510


Fishers Rental
2698 Bernville Road
Reading, PA 19605


FNB Corporation
One North Shore Center
Pittsburgh, PA 15212


George and Gloria Stann
100 Seidel St.
Reading, PA 19606


GFL Environmental
3301 Benson Drive, Ste. 601
Raleigh, NC 27609


Highland Premium Finance
P.O. Box 1068
Greensburg, PA 15601


Janet Mueller, Docketing Clerk
Dept. of Labor and Industry
651 Boas St., 10th fl.
Harrisburg, PA 17121

JoAnn Chisolm
178 Melrose Ave.
Reading, PA 19606


Michael R. McFarlin, Esq.
Rick Linn
933 N. Charlotte St., Ste. 3-B
Pottstown, PA 19464


Roy and Sally Kramer
147 Steiner Place
Blandon, PA 19510


Schlee & Stillman, LLC
50 Tower Office Park
Woburn, MA 01801


Sherwin-Williams
526 E. Lancaster Ave.
Reading, PA 19607


Waste Industries
3301 Benson Drive, Ste. 601
Raleigh, NC 27609


Yellow Book USA
2560 Renaissance Boulevard
King of Prussia, PA 19406