IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BRAD M. CONCORDIA                           : Chapter 13
                debtor                              : Case No.  19-17628

**PRAECIPE TO CORRECT CREDITOR MAILING ADDRESS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly change the mailing address for the following creditor:

FROM:

Yellow Book USA
2560 Renaissance Boulevard
King of Prussia, PA  19406-2673

TO:

Yellow Book USA
2201 Renaissance Boulevard
King of Prussia PA 19406

                                            Case & DiGiamberardino, P.C.

                By:     s/John A. DiGiamberardino, Esquire
                            845 North Park Road, Suite 101
                            Wyomissing, PA  19610
                            610-372-9900
                            610-372-5469 fax
                            jad@cdllawoffice.com
                            Attorney ID #41268
                            Attorney for Debtor