UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Brad M. Concordia<br><br>            Debtor | Chapter 13<br>Bankruptcy No.19-17628-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 28th day of April, 2020, by first class mail upon those

listed below:

Brad M. Concordia
300 Mail Route Road
Sinking Spring, PA  19608

**Electronically via CM/ECF System Only:**

JOHN A DI GIAMBERARDINO ESQ
CASE & DI GIAMBERARDINO PC
845 N PARK ROAD STE 101
WYOMISSING, PA  19610


/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee