**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Brad M. Concordia<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　Movant<br>　　vs.<br>Brad M. Concordia<br>　　　　　　　　　　Debtor(s) | NO. 19-17628 PMM |
| Scott F. Waterman<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

　　AND NOW, upon consideration of the Motion for Relief from Stay filed by Lakeview Loan Servicing, LLC, and no objection having been filed thereto, it is hereby

　　ORDERED that the Motion is **GRANTED** by default and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 300 Mail Route Road, Reading, PA 19608 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Patricia M. Mayer_
United States Bankruptcy Judge.

Dated:  May 12, 2020