United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brad M. Concordia  
     Debtor

Case No. 19-17628-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Christina<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: May 13, 2020 |
|---|---|---|---|

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
db        +Brad M. Concordia,   300 Mail Route Road,   Sinking Spring, PA 19608-9021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
        CHRISTINE M. SADLER   on behalf of Creditor   County of Berks, Clerk of Courts
         blevan@countyofberks.com
        DENISE A. KUHN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
         dkuhn@attorneygeneral.gov
        JOHN A. DIGIAMBERARDINO   on behalf of Debtor Brad M. Concordia  jad@cdllawoffice.com,
         dmk@cdllawoffice.com
        REBECCA ANN SOLARZ   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC  bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                 TOTAL: 6

**IN** 
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brad M. Concordia<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br>Brad M. Concordia<br>　　　　　　　　　　Debtor(s) | NO. 19-17628 PMM |
| Scott F. Waterman<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

　　AND NOW, upon consideration of the Motion for Relief from Stay filed by Lakeview Loan Servicing, LLC, and no objection having been filed thereto, it is hereby

　　ORDERED that the Motion is **GRANTED** by default and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 300 Mail Route Road, Reading, PA 19608 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*
United States Bankruptcy Judge.

Dated: May 12, 2020