```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 19-17628-pmm
Brad M. Concordia                                               Chapter 13
       Debtor                     CERTIFICATE OF NOTICE

District/off: 0313-4          User: Christina              Page 1 of 3             Date Rcvd: Jun 04, 2020
                              Form ID: pdf900              Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db             +Brad M. Concordia,    300 Mail Route Road,    Sinking Spring, PA 19608-9021
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +County of Berks, Clerk of Courts,    633 Court Street, 13th FL SC,    Reading, PA 19601-3585
14435771       +AAA Debt Recovery,    P O Box 129,    Monroeville, PA 15146-0129
14435773       +Aluminum Building Products, Inc.,    601 S. 5th St.,    Reading, PA 19602-2650
14448269       +Amato Keating and Lessa, P.C.,    107 N. Commerce Way,    Bethlehem, PA 18017-8913
14435774       +American Builders & Contractors,    Supply Co., Inc., aka ABC Supply Co. Inc,
                 145 S. Whitford Rd.,    Exton, PA 19341-2631
14448270       +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
14435779       +Berks County Prothonotary,    633 Court St.,    Reading, PA 19601-3552
14448272        Berks County Tax Claim Bureau,    2nd Floor County Services Center,    633 Court Street,
                 Reading, PA 19601-4300
14448273       +Berks Earned Income Tax Bureau,    1125 Berkshire Blvd., Ste. 115,    Wyomissing, PA 19610-1222
14448274       +Berks Transfer Inc.,    59 Willow Creek Rd.,    Reading, PA 19605-9204
14448277       +Com. of PA. Dept. of Labor and Ind,    c/o John O'Boyle, Esq.,
                 Scranton St. Office Bldg., 3rd fl.,    100 Lackawanna Ave.,    Scranton, PA 18503-1904
14453347       +Commonwealth of Pennsylvania,    Department of Revenue,    c/o Denise A. Kuhn,,
                 1600 Arch Street, Suite 300,    Phila., PA 19103-2016
14435782       +Court of Common Pleas - Berks County,    Berks County Courthouse,    633 Court Street,
                 Reading, PA 19601-4302
14448280       +David W. Crossett, Esquire,    Cornerstone Law Firm, LLC,    8500 Allentown Pike, Ste. 3,
                 Blandon, PA 19510-9101
14457439       +Douglas Blecki,    11200 Rockville Pike,    Ste. 520,    N. Bethesda, MD 20852-7105
14435784       +Douglas R. Blecki, Jr., Esq.,    Silverman Theologou, LLP,    11200 Rockville Pike, Ste. 520,
                 N. Bethesda, MD 20852-7105
14448282       +FNB Corporation,    One North Shore Center,    Pittsburgh, PA 15212-5816
14448281       +Fishers Rental,    2698 Bernville Road,    Reading, PA 19605-9317
14435785       +Fred A. Nehr, Esquire,    Lehman Pastino,    25 S. Church St.,    West Chester, PA 19382-3220
14448284       +GFL Environmental,    3301 Benson Drive, Ste. 601,    Raleigh, NC 27609-7331
14448283       +George and Gloria Stann,    100 Seidel St.,    Reading, PA 19606-2819
14435786       +Guard Insurance Group,    c/o GB Collects, LLC,    1253 Haddonfield Berlin Rd.,
                 Voorhees, NJ 08043-4847
14448286       +Janet Mueller, Docketing Clerk,    Dept. of Labor and Industry,    651 Boas St., 10th fl.,
                 Harrisburg, PA 17121-0751
14448287       +JoAnn Chisolm,    178 Melrose Ave.,    Reading, PA 19606-1324
14435789       +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Mellon Independence Ctr.,
                 Philadelphia, PA 19106-1541
14435788       +Kirsten Stajkowski,    556 S. 18-1/2 St.,    Reading, PA 19606-1702
14457440       +Kohl Building Products, LLC,    11200 Rockville Pike, Ste. 520,    c/o Silverman Theologou, LLP,
                 N. Bethesda, MD 20852-7105
14435790       +Kohl's Building Products,    1047 Old Bernville Road,    Reading, PA 19605-9311
14435791       +Kraft & Kraft P.C.,    Steven Koplove, Esquire,    3200 Penrose Ferry Road,
                 Philadelphia, PA 19145-5500
14466048       +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
14442572       +Lakeview Loan Servicing, LLC,    C/O KML Law Group,    Rebecca A. Solarz, Esq.,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14435792       +M & T Bank,    c/o Lakeview Loan Servicing LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                 Coral Gables, FL 33146-1873
14448288       +Michael R. McFarlin, Esq.,    Rick Linn,    933 N. Charlotte St., Ste. 3-B,
                 Pottstown, PA 19464-3974
14435799       +Riverfront FCU,    430 S 4th Street,    Reading, PA 19602-2698
14467445       +Roy & Sally Kramer,    147 Steiner Place,    P.O. Box 292,    Blandon, PA 19510-0292
14448289        Roy and Sally Kramer,    147 Steiner Place,    Blandon, PA 19510
14448290       +Schlee & Stillman, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
14448291       +Sherwin-Williams,    526 E. Lancaster Ave.,    Reading, PA 19607-1365
14435800        Tower Health System,    Bankruptcy Department,    P.O. Box 16051,    Reading, PA 19612-6051
14448293       +Yellow Book USA,    2201 Renaissance Boulevard,    King of Prussia, PA 19406-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:25
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
14435772        E-mail/Text: EBNProcessing@afni.com Jun 05 2020 03:12:40      AFNI, Inc.,
                 1310 Martin Luther King Drive,    P.O. Box 3517,    Bloomington, IL 61702-3517
14435775       +E-mail/Text: rperez@arcadiarecovery.com Jun 05 2020 03:12:40     Arcadia Recovery Bureau,
                 Attn: Bankruptcy,    645 Penn Street   4th Fl,    Reading, PA 19601-3559
```

```
District/off: 0313-4          User: Christina            Page 2 of 3                   Date Rcvd: Jun 04, 2020
                              Form ID: pdf900            Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14448271       +E-mail/Text: bankruptcy@bbandt.com Jun 05 2020 03:12:06      BB&T,    200 West 2nd St.,
                 Winston Salem, NC 27101-4049
14435778       +E-mail/Text: blevan@countyofberks.com Jun 05 2020 03:12:41      Berks County Adult Probation,
                 633 Court Street,    Reading, PA 19601-4315
14457927       +E-mail/Text: blevan@countyofberks.com Jun 05 2020 03:12:41      Berks County Clerk of Courts,
                 c/o Christine M. Sadler, Esq.,    Berks County Services Center,    633 Court Street, 13th Floor,
                 Reading PA 19601-4310
14435780       +E-mail/Text: bkdept@cancapital.com Jun 05 2020 03:11:25      CAN Capital Asset Servicing, Inc.,
                 2015 Vaughn Road NW, Bldg. 500,    Kennesaw, GA 30144-7831
14456983       +E-mail/Text: bkdept@cancapital.com Jun 05 2020 03:11:25      CAN Capital, Inc.,
                 2015 Vaughn RD Blg. 500,    Kennesaw, GA 30144-7831
14448276        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 05 2020 03:11:59      Citizens Bank,
                 1 Citizens Drive,    Riverside, RI 02915
14457861        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 03:10:51
                 CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    PO BOX 10587,
                 Greenville, SC 29603-0587
14448278       +E-mail/Text: convergent@ebn.phinsolutions.com Jun 05 2020 03:12:45
                 Convergent Outsourcing, Inc.,    800 SW 39th St.,    P.O. Box 9004,    Renton, WA 98057-9004
14435783        E-mail/Text: G06041@att.com Jun 05 2020 03:12:44      DIRECTV LLC,    Attn: Bankruptcies,
                 PO Box 6550,    Greenwood Village, CO 80155-6550
14452917       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2020 03:10:33      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14448285       +E-mail/Text: ryan@tuscano.com Jun 05 2020 03:13:00      Highland Premium Finance,
                 P.O. Box 1068,    Greensburg, PA 15601-5068
14435787        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 05 2020 03:12:04      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14435781        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 05 2020 03:32:53      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
14447965        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 03:10:33      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14435793        E-mail/Text: camanagement@mtb.com Jun 05 2020 03:12:09      M & T Bank,    1002 N. 7th St.,
                 Harrisburg, PA 17102
14435794       +E-mail/Text: bankruptcynotices@psecu.com Jun 05 2020 03:13:02      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
14435795        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:25      PA Dept. of Revenue,
                 Dept. 280946,    Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
14451102        E-mail/Text: bankruptcynotices@psecu.com Jun 05 2020 03:13:02      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
14464346       +E-mail/Text: colleen.atkinson@rmscollect.com Jun 05 2020 03:13:06
                 Patient First c/o Receivables Management Systems,    PO Box 73810,
                 North Chesterfield, VA 23235-8047
14448665        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14435796       +E-mail/Text: BankruptcyMail@questdiagnostics.com Jun 05 2020 03:13:06      Quest Diagnostics,
                 Administration office,    500 Plaza Drive,    Secaucus, NJ 07094-3656
14435797        E-mail/Text: colleen.atkinson@rmscollect.com Jun 05 2020 03:13:06      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235
14435798       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 03:11:08
                 Resurgent Capital Services,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
14448292       +E-mail/Text: WasteIndCollect@wasteindustries.com Jun 05 2020 03:12:36      Waste Industries,
                 3301 Benson Drive, Ste. 601,    Raleigh, NC 27609-7331
                                                                                                 TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14435777       Arrowhead Roofing LLC
14435776       Arrowhead Roofing and Remodeling, Inc.
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14448279*     +Court of Common Pleas - Berks County,    Berks County Courthouse,    633 Court Street,
                 Reading, PA 19601-4302
14448275     ##+++++CENTRAL CREDIT SERVICES LLC,    2070 LITTLE HILLS EXPY,    SAINT CHARLES MO  63301-3708
                 (address filed with court:  Central Credit Services LLC,    20 Corporate Hills Drive,
                 Saint Charles, MO 63301)
                                                                                               TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4           User: Christina              Page 3 of 3                  Date Rcvd: Jun 04, 2020
                               Form ID: pdf900              Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
          CHRISTINE M. SADLER    on behalf of Creditor    County of Berks, Clerk of Courts
           blevan@countyofberks.com
          DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
           dkuhn@attorneygeneral.gov
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brad M. Concordia jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Brad M. Concordia<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-17628-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 4, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE